

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| Cesario Urias, Cesario V. Urias, Joel Urias and Sonia Urias, | § | No. 08-21-00063-CV |
| | § | Appeal from the |
| Appellants, | § | 143rd District Court |
| v. | § | of Reeves County, Texas |
| Owl Springs North, LLC, Owl Springs Holdings, LLC, and Barbara Prewit, | § | (TC# 19-11-23264-CVR) |
| Appellees. | § | |
| | § | |

**O R D E R**

The Court GRANTS the Appellants' Motion to Reinstate which this Court has construed as a Motion to Reestablish the Appellate Timetable. Therefore, the Court ORDERS the appeal to continue. The suspension of the appellate timetable is lifted and the Record shall be filed in this Court on or before August 15, 2021.

IT IS SO ORDERED this 16th day of July, 2021.

PER CURIAM

Before Rodriguez, C.J., Palafox and Alley, JJ.